The decision below is hereby signed.  Dated: May 3, 2006.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| GREATER SOUTHEAST COMMUNITY ) | Case No. 02-02250 |
| HOSPITAL CORP. I, *et al.*, ) | (Chapter 11) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____ ) | |
| ) | |
| SAM J. ALBERTS, TRUSTEE FOR ) | |
| THE DCHC LIQUIDATING TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. |
| ) | 05-10025 |
| HEALTHCARE MANAGEMENT ) | |
| RESOURCES, ) | |
| ) | |
| Defendant. ) | |

DECISION AND ORDER GRANTING MOTION
FOR ENTRY OF DEFAULT AND FOR DEFAULT JUDGMENT

The plaintiff has moved without opposition for entry of default and a default judgment against the defendant.  The complaint in this proceeding requested pre-judgment interest.  Prejudgment interest is generally at the prime rate, not at the rate specified by 28 U.S.C. § 1961.  See Webster v. Harris Corp. (In re NETtel Corp.), 327 B.R. 8 (Bankr. D.D.C. 2005).

Prejudgment interest should be calculated from the date of service of the complaint, July 1, 2005.  Given the short-term nature of the loans to which the prime rate applies and for simplicity of calculation, it is appropriate to use the monthly bank prime rate for July 2005 for the period of less than a year that the proceeding has been pending (6.25%).  The plaintiff seeks a recovery of $436,364.13, plus prejudgment interest of $22,864.28 as of May 3, 2006,[1] plus costs, for a total judgment amount of $459,228.41 plus costs.[2]  It is thus

ORDERED that the clerk shall enter a default as to the defendant and enter the default judgment that follows.

[Signed and dated above.]

Copies to: Office of the United States Trustee; all counsel of record; and:

John C. Wilson
Chief Financial Officer
Healthcare Management Resources
500 West Street
Hendersonville, TN 37075

---

[1]  The calculation of the amount owed is:

.0625 x $436,364.13 x 306/365 = $22,864.28 in interest from July 1, 2005, to May 3, 2006.

[2]  Failure of the plaintiff to provide the court with a calculation of prejudgment interest in other adversary proceedings may result in the court's denying prejudgment interest in the exercise of its discretion.  The prime rates of interest to be employed for the starting month and for each succeeding anniversary are found on the Federal Reserve website at www.federalreserve.gov/releases/h15/data.htm under the category of "Bank prime loan" and the subcategory "monthly."